```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  KAREN D. BEAUSEY (CSBN 155258)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7157
 7
    Attorneys for Plaintiff
 8
```

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0315 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | |
| JOSHUA HENDERSON, | |
| Defendant. | |

The parties, through their below-signed attorneys, hereby stipulate and agree that sentencing in the above-captioned matter, currently scheduled to take place on November 14, 2005, shall instead take place on January 23, 2006. This continuance is necessary to accommodate defense counsel, who is currently unavailable due to a family medical emergency. Government counsel has spoken with the United States Probation Officer, and she has an objection to the requested continuance.

///

///

///

///

///

Defense counsel has authorized government counsel to sign the instant stipulation on his behalf.

Dated: 4/4/05

KAREN D. BEAUSEY
Assistant United States Attorney

Dated: 11/4/05

ALAN DRESSLER, ESQ.
Attorney for Defendant HENDERSON

**IT IS SO ORDERED.**

DATED: 11/7/05

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING DATE                                                    2