1 | Alan A. Dressler, Esq. (SBN #56916)
2 | 633 Battery St., Suite 635
  | San Francisco, California 94222
3 | (415) 421-7980

4 | Attorney for Defendant Joshua Henderson

5 |

6 | UNITED STATES DISTRICT COURT
  | NORTHERN DISTRICT OF CALIFORNIA
7 |

FILED
DEC 1 - 2005

8 | )
9 | UNITED STATES OF AMERICA )  CR No. 05-0315-01 MHP
  |                          )
10|       Plaintiffs,         )  **STIPULATION AND ORDER
  |                          )  MODIFYING CONDITIONS OF
11|   vs.                     )  RELEASE**
  |                          )
12| JOSHUA HENDERSON,         )
  |                          )
13|       Defendant.          )
  | _____)
14|

15 | Based upon the agreement of the parties and the concurrence of Federal Pretrial
16 | Services it is hereby ordered that the conditions of release of defendant Joshua Henderson are
17 | modified as follows: The condition that defendant Henderson remain in the custody of
18 | custodian Terri Gritsham-Anderson (defendant's mother) is eliminated due to the fact that she
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

-1-

1 | is moving out of the Bay Area and defendant Henderson has performed well since being
2 | placed on pretrial release in November of 2004.

4 | So Stipulated: 12-1-05

Alan Dressler
Attorney for Defendant
Joshua Henderson

7 | So Stipulated: 12/14/05

Karen Beausey
Assistant U.S. Attorney

10 | So Ordered: 12/16/05

ELIZABETH D. LAPORTE
U.S. MAGISTRATE

-2-